The MINESEN COMPANY, Appellant,

v.

JOHN MCHUGH, Secretary
of the Army, Appellee.

No. 2010–1453.

United States Court of Appeals,
Federal Circuit.

Oct. 12, 2010.

## ON MOTION

## ORDER

John McHugh, Secretary of the Army, moves for a 14–day extension of time, until October 28, 2010, to file its reply to Minesen Co.'s response in opposition to the Secretary's motion to dismiss. Minesen Co. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.